KEITH ROBERTSON, Petitioner v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Robertson v. Comm'r
Docket No. 4947-14
United States Tax Court
2015 U.S. Tax Ct. LEXIS 42; March 10, 2015, Entered
*42 Robert P. Ruwe, Judge.
Robert P. Ruwe
ORDER OF DISMISSAL AND DECISION
This case was called from the calendar at the Trial Session of the Court at Baltimore, Maryland on February 10, 2015 for trial. There was no appearance by or on behalf of petitioner. Counsel for respondent appeared and filed with the Court a Motion to Dismiss for Lack of Prosecution. After due consideration, and for cause more fully appearing in the transcript of the proceeding, it is
ORDERED that respondent's motion to dismiss for lack of prosecution, filed February 10, 2015, is granted, and this case is dismissed for lack of prosecution. It is further
ORDERED and DECIDED that there is a deficiency in income tax and additions to tax due from petitioner as follows:
Additions
Year
Deficiency
§ 6651(a)(1)
§ 6651(a)(2)
§ 6654(a)
2010
$9,438.00
$1,305.68
$870.45
$115.79
(Signed) Robert P. Ruwe
Judge
ENTERED: MAR 10 2015